ABE SHAPIRO, Respondent, *v.* JAMES J. BRENNAN, as President of the Theatrical Protective Union, Local No. 1, of International Alliance of Theatrical Stage Employees and Motion Picture Machine Operators, Appellant.

(Argued October 15, 1935; decided November 19, 1935.)

518

*Joseph Lotterman* and *Abner J. Rubien* for appellant.
*Henry H. Silverman, Theodore Ornstein* and *Abner H. Silverman* for respondent.

Judgment of the Appellate Division modified by striking out that portion thereof which decrees that the defendant union forthwith restore the plaintiff to the position at the City Theatre which he held on September 24, 1933, and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.